IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD BILLITER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-12-0524 |
| CHARTWAY FEDERAL CREDIT UNION | § | |
| and KHOURY INVESTMENT GROUP, | § | |
| INC. d/b/a Loan Star Motors, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today, this action is **DISMISSED** for lack of subject matter jurisdiction.

Each party will be responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of November, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE